AO 121 (Rev. 06/16)

| TO: | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION | |
|---|---|---|
| DOCKET NO.<br>4:23-cv-04663-VC | DATE FILED<br>9/12/2023 | |
| PLAINTIFF<br>MICAHEL CHABON, an individual, DAVID HENRY HWANG, an individual, MATTHEW KLAM, an individual, RACHEL LOUISE SNYDER, an individual, AYELET WALDMAN, an individual | DEFENDANT<br>Meta Platforms, Inc., a Delaware corporation | |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| 1 See Exhibit 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| COPYRIGHT REGISTRATION NO. | TITLE OR WORK | AUTHOR OR WORK |
|---|---|---|
| TX0008443980 | Kingdom of Olives and Ash | Chabon, Michael/ Waldman, Ayelet |
| TX0006457590 | The Yiddish Policeman's Union | Chabon, Michael |
| TX0005262341 | The Amazing Adventures of Kavalier & Clay | Chabon, Michael |
| TX0008371091 | Moonglow | Chabon, Michael |
| TX0004916177 | Werewolves in their Youth | Chabon, Michael |
| PA0000938173 | Golden Child | Hwang, David Henry |
| PA0000818054 | Trying to Find Chinatown | Hwang, David Henry |
| PAu001797302 | M. Butterfly | Hwang, David Henry |
| TX0005243503 | Sam, the cat and other Stories | Klam, Matthew |
| TX0008480316 | Who is Rich? | Klam, Matthew |
| TX0008762468 | No Visible Bruises | Snyder, Rachel Louise |
| TX0006955461 | Bad Mother: A Chronicle of Maternal Crimes, Minor Calamities, and Occasional Moments of Grace. | Waldman, Ayelet |
| TX0007922166 | Love and Treasure | Waldman, Ayelet |
| TX0008380605 | A Really Good Day | Waldman, Ayelet |
| V3572D507 | Love and Other Impossible Pursuits | Waldman, Ayelet |