DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

*Attorney for Plaintiffs and the Class*

*[Full counsel listing on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CHABON, DAVID HENRY HWANG, MATTHEW KLAM, RACHEL LOUISE SNYDER, AND AYELET WALDMAN,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:23-cv-04663-VC<br><br>**JOINT STIPULATION RE CONSOLIDATED BRIEFING ON MOTION TO DISMISS IN KADREY AND CHABON ACTIONS** |

This stipulation is entered into by and between Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, and Ayelet Walman (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (together "the Parties"), by and through their respective counsel.

WHEREAS, on September 12, 2023, Plaintiffs filed their complaint against Meta captioned *Chabon, et al. v. Meta Platforms, Inc.*, Case No. 3:23-cv-04663-VC ("Chabon Action"), which essentially alleges the same core, non-Plaintiff-specific facts and causes of action as the prior filed complaint entitled *Kadrey, et al. v. Meta Platforms, Inc.*, Case No. 3:23-cv-03417-VC (Kadrey Action").

WHEREAS, on September 25, 2023, the Court issued an order instructing the Parties to inform the Court no later than September 29, 2023, as to whether the Parties would stipulate that the pending motion to dismiss in the Kadrey Action (Dkt. 23) ("Motion to Dismiss") will apply to the Chabon Action..

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, that Meta's Motion to Dismiss will also be deemed directed to the complaint in the Chabon Action and that any ruling by the Court will apply to both the Chabon Action and the Kadrey Action.  For the sake of clarity, Meta shall have no obligation to separately respond to the complaint in the Chabon Action.  Further, Plaintiffs will join in any opposition filed in the Kadrey Action, which will apply to both the Chabon and Kadrey Actions, and Meta will file a single reply.  This unified briefing will be filed pursuant to the briefing schedule ordered by the Court in the Kadrey Action. (Dkt. 15.)  This stipulation is without prejudice to either party seeking consolidation of the Chabon and Kadrey Actions or other appropriate relief as to any claims that are upheld.

IT IS SO STIPULATED.

| | |
|---|---|
| 1  DATED: October 3, 2023 | Respectfully submitted, |

/s/ *Daniel J. Muller*
DANIEL J. MULLER, SBN 193396
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
dmuller@venturahersey.com

/s/ *Bryan L. Clobes*
Bryan L. Clobes (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
    & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel: 215-864-2800
bclobes@caffertyclobes.com

Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
    & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
asweatman@caffertyclobes.com

*Attorneys for Plaintiffs*

/s/ *Angela L Dunning*
Angela L. Dunning
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Tel: 650-843-5855
adunning@cooley.com

*Attorney for Meta Platforms, Inc.*

**Attestation Regarding Signatures**

I, Daniel J. Muller, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Daniel J. Muller*
DANIEL J. MULLER, SBN 193396