COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

ANGELA L. DUNNING (212047)
(adunning@cooley.com)
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendant
Meta Platforms, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHABON, DAVID HENRY HWANG, MATTHEW KLAM, RACHEL LOUISE SNYDER, AND AYELET WALDMAN,<br><br>individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware Corporation;<br><br>        Defendant. | Case No. 3:23-cv-04663-VC<br><br>**NOTICE OF APPEARANCE OF BOBBY A. GHAJAR FOR DEFENDANT META PLATFORMS, INC.**<br><br>Judge:  Hon. Vince Chhabria<br>Complaint Filed:  September 12, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Meta Platforms, Inc. files this Notice of Appearance and hereby notifies the Court and all parties that Bobby A. Ghajar of the law firm Cooley LLP, 1333 2nd Street, Suite 400, Santa Monica, CA 90401, hereby enters his appearance as counsel of record for Meta Platforms, Inc. in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

```
Bobby A. Ghajar
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500
Email:       bghajar@cooley.com
```

Dated: October 4, 2023

COOLEY LLP

By: */s/ Bobby A. Ghajar*
    Bobby A. Ghajar

Attorneys for Defendant
Meta Platforms, Inc.