1

COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:     (310) 883-6400
Facsimile:     (310) 883-6500

2

3

4

5

6

ANGELA L. DUNNING (212047)
(adunning@cooley.com)
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

7

8

9

10

11

Attorneys for Defendant
Meta Platforms, Inc.

12

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA**

15

16

17

18

19

MICHAEL CHABON, DAVID HENRY
HWANG, MATTHEW KLAM, RACHEL
LOUISE SNYDER, AND AYELET
WALDMAN,

individually and on behalf of all others
similarly situated,

20

Plaintiffs,

21

v.

22

META PLATFORMS, INC., a Delaware
Corporation;

23

Defendant.

24

Case No. 3:23-cv-04663-VC

**DEFENDANT META PLATFORMS, INC.'S
RULE 7.1 AND CIV. L.R. 3-15
CERTIFICATE OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS**

Judge:  Hon. Vince Chhabria
Complaint Filed:  September 12, 2023

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW

**DFT'S CERT OF CONFLICTS
AND INTERESTED PARTIES
CASE NO. 3:23-CV-04663-VC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Meta Platforms, Inc. states that it has no parent corporation, and that, to its knowledge, no publicly held corporation owns 10% or more of its stock as of March 31, 2023, the date set forth in its 2023 Proxy Statement.

Further, pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named party, the undersigned is not aware of any persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: October 4, 2023                                    COOLEY LLP


By: */s/ Angela Dunning*
        Angela L. Dunning
        Bobby Ghajar
        Mark Weinstein
        Judd Lauter
        Colette Ghazarian

Attorneys for Defendant
Meta Platforms, Inc.