| COPYRIGHT REGISTRATION NO. | TITLE OR WORK | AUTHOR OR WORK |
|---|---|---|
| TX0008443980 | Kingdom of Olives and Ash | Chabon, Michael/ Waldman, Ayelet |
| TX0006158332 | The Final Solution | Chabon, Michael |
| TX0006457590 | The Yiddish Policeman's Union | Chabon, Michael |
| TX0005262341 | The Amazing Adventures of Kavalier & Clay | Chabon, Michael |
| TX0008371091 | Moonglow | Chabon, Michael |
| TX0004916177 | Werewolves in their Youth | Chabon, Michael |
| TX0007060289 | Manhood for Amateurs | Chabon, Michael |
| TX0008806177 | The Water Dancer | Coates, Ta-Nehisi |
| TX0008528330 | We Were Eight Years in power | Coates, Ta-Nehisi |
| TX0007140102 | The Beautiful Struggle | Coates, Ta-Nehisi |
| TX0004325834 | Drown | Diaz, Junot |
| SR0000276923 | The best American short stories, 1999. | Diaz, Junot |
| TX0006915029 | The Brief Wondrous Life of Oscar Wao / Junot Diaz. | Diaz, Junot |
| TX0005151791 | How it Was for Me | Greer, Andrew |
| TX0005956484 | The Confessions of Max Tivoli | Greer, Andrew |
| TX0005438792 | Path of Minor Planets | Greer, Andrew |
| PA0000938173 | Golden Child | Hwang, David Henry |
| PA0000818054 | Trying to Find Chinatown | Hwang, David Henry |
| PAu001797302 | M. Butterfly | Hwang, David Henry |
| TX0005243503 | Sam, the cat and other Stories | Klam, Matthew |
| TX0008480316 | Who is Rich? | Klam, Matthew |
| TX0007843291 | AFTER I'M GONE. | Lippman, Laura |
| TX0005441059 | In a strange city / Laura Lippman. | Lippman, Laura |
| TX0008771837 | LADY IN THE LAKE. | Lippman, Laura |
| TX0008654986 | Sunburn | Lippman, Laura |
| TX0006554453 | What the Dead Know | Lippman, Laura |
| TX0008278638 | Wilde Lake | Lippman, Laura |
| TX0008762468 | No Visible Bruises | Snyder, Rachel Louise |
| TX0006955461 | Bad Mother: A Chronicle of Maternal Crimes, Minor Calamities, and Occasional Moments of Grace. | Waldman, Ayelet |
| TX0007922166 | Love and Treasure | Waldman, Ayelet |
| TX0008380605 | A Really Good Day | Waldman, Ayelet |
| V3572D507 | Love and Other Impossible Pursuits | Waldman, Ayelet |
| TX0008741080 | Brown Girl Dreaming | Woodson, Jacqueline |
| TX0007957319 | Brown Girl Dreaming | Woodson, Jacqueline |
| TX0007055718 | After Tupac & D Foster | Woodson, Jacqueline |

1

2

| TX0008675581 | Harbor Me | Woodson, Jacqueline |
| TX0009151766 | Before the Ever After | Woodson, Jacqueline |
| TX0008783148 | Day You Begin | Woodson, Jacqueline |
| TX0008269833 | Another Brooklyn | Woodson, Jacqueline |
| TX0008797859 | Red at the Bone | Woodson, Jacqueline |
| TX0004902328 | If You Come Softly | Woodson, Jacqueline |
| TX0007504670 | Beneath a Meth Moon | Woodson, Jacqueline |
| TX0006560320 | Feathers. | Woodson, Jacqueline |
| TX0005225273 | Miracle's boys / Jacqueline Woodson. | Woodson, Jacqueline |