1  DANIEL J. MULLER, SBN 193396
   dmuller@venturahersey.com
2  VENTURA HERSEY & MULLER, LLP
   1506 Hamilton Avenue
3  San Jose, California 95125
   Telephone: (408) 512-3022
4  Facsimile: (408) 512-3023

5
   *Attorney for Plaintiffs and the Class*
6
   *[Full counsel listing on signature page]*
7

8                    **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

10

11  MICHAEL CHABON, TA-NEHISI            Case No. 3:23-cv-04663-VC
    COATES, JUNOT DÍAZ, ANDREW
12  SEAN GREER, DAVID HENRY
    HWANG, MATTHEW KLAM, LAURA
13  LIPPMAN, RACHEL LOUISE SNYDER,
    AYELET WALDMAN, AND                  **AMENDED JOINT STIPULATION RE
14  JACQUELINE WOODSON,                  CONSOLIDATED BRIEFING ON MOTION TO
                                         DISMISS IN KADREY AND CHABON ACTIONS**
15  individually and on behalf of all others
    similarly situated,
16
               Plaintiffs,
17
         v.
18
    META PLATFORMS, INC., a Delaware
19  Corporation,

20             Defendant.

21

1   This stipulation is entered into by and between Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Walman, and Jacqueline Woodson (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (together "the Parties"), by and through their respective counsel.

WHEREAS, on September 12, 2023, Plaintiffs filed their complaint against Meta captioned *Chabon, et al. v. Meta Platforms, Inc.*, Case No. 3:23-cv-04663-VC ("Chabon Action"), which essentially alleges the same core, non-Plaintiff-specific facts and causes of action as the prior filed complaint entitled *Kadrey, et al. v. Meta Platforms, Inc.*, Case No. 3:23-cv-03417-VC (Kadrey Action").

WHEREAS, on September 25, 2023, the Court issued an order ("Order") instructing the Parties to inform the Court no later than September 29, 2023, as to whether the Parties would stipulate that the pending motion to dismiss in the Kadrey Action (Dkt. 23) ("Motion to Dismiss") will apply to the Chabon Action.

WHEREAS, service was effected in the Chabon Action on or about September 26, 2023.

WHEREAS, on September 29, 2023, pursuant to the Order, counsel for Plaintiffs notified the Court by email that the Parties had reached an agreement in principle that the pending motion to dismiss in the Kadrey Action will apply to the Chabon Action.

WHEREAS, on October 3, 2023, the Parties filed a Joint Stipulation re Consolidated Briefing on Motion to Dismiss in Kadrey and Chabon Actions. (Dkt. 10.)

WHEREAS, on October 5, 2023, Plaintiffs filed their First Amended Class Action Complaint against Meta in the Chabon Action, which adds several new Plaintiffs and also essentially alleges the same core, non-Plaintiff-specific facts and causes of action as the prior filed complaint in the Kadrey Action and the original complaint in the Chabon Action.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, that Meta's Motion to Dismiss will also be deemed directed to the First Amended Class Action Complaint in the Chabon Action and that any ruling by the Court will apply to both the Chabon Action and the Kadrey Action. For the sake of clarity, Meta shall have no obligation to separately respond to the First Amended Class Action Complaint in the Chabon Action. Further, Plaintiffs will join

in any opposition filed in the Kadrey Action, which will apply to both the Chabon and Kadrey Actions, and Meta will file a single reply.  This unified briefing will be filed pursuant to the briefing schedule ordered by the Court in the Kadrey Action.  (Dkt. 15.)  This stipulation is without prejudice to either party seeking consolidation of the Chabon and Kadrey Actions or other appropriate relief as to any claims that are upheld.

IT IS SO STIPULATED.

DATED: October 5, 2023                              Respectfully submitted,

/s/ *Daniel J. Muller*
DANIEL J. MULLER, SBN 193396
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
dmuller@venturahersey.com

/s/ *Bryan L. Clobes*
Bryan L. Clobes (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
    & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel: 215-864-2800
bclobes@caffertyclobes.com

Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
    & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
asweatman@caffertyclobes.com

*Attorneys for Plaintiffs*

/s/ *Angela L Dunning*
Angela L. Dunning (212047)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Tel: 650-843-5855
adunning@cooley.com

*Attorneys for Defendant Meta Platforms, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.  I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 5, 2023              */s/Angela Dunning*
                                    Angela Dunning

                                    *Attorneys for Defendant Meta Platforms, Inc.*