| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com) |
| | COLETTE GHAZARIAN (322235) |
| 3 | (cghazarian@cooley.com) |
| | 1333 2nd Street, Suite 400 |
| 4 | Santa Monica, California 90401 |
| | Telephone:   (310) 883-6400 |
| 5 | Facsimile:    (310) 883-6500 |
| 6 | MARK WEINSTEIN (193043) |
| | (mweinstein@cooley.com) |
| 7 | JUDD LAUTER (290945) |
| | (jlauter@cooley.com) |
| 8 | 3175 Hanover Street |
| | Palo Alto, CA  94304-1130 |
| 9 | Telephone:   (650) 843-5000 |
| | Facsimile:    (650) 849-7400 |
| 10 | |
| 11 | Attorneys for Defendant |
| | Meta Platforms, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL CHABON, DAVID HENRY HWANG, MATTHEW KLAM, RACHEL LOUISE SNYDER, AND AYELET WALDMAN, | | Case No. 3:23-cv-04663-VC |
| individually and on behalf of all others similarly situated, | | **NOTICE OF WITHDRAWAL OF ATTORNEY ANGELA L. DUNNING** |
| Plaintiffs, | | |
| v. | | |
| META PLATFORMS, INC., a Delaware Corporation; | | |
| Defendant. | | Judge:  Hon. Vince Chhabria |
| | | Complaint Filed:  September 12, 2023 |

COOLEY LLP
ATTORNEYS AT LAW

**NOTICE OF WITHDRAWAL OF ATTORNEY
CASE NO. 3:23-CV-04663-VC**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Angela L. Dunning is no longer affiliated with Cooley LLP, and as such the firm hereby withdrawals her appearance in the above-captioned matter as counsel for Defendant Meta Platforms, Inc. ("Meta") and further requests that (a) her name be removed from any applicable service list herein, and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to adunning@cooley.com in the above-captioned case. All remaining Cooley LLP attorneys shall continue to receive notices.

Dated: October 16, 2023                                COOLEY LLP

                                                       By: */s/ Bobby Ghajar*
                                                             Bobby Ghajar

                                                       Attorneys for Defendant
                                                       Meta Platforms, Inc.