UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHABON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>META PLATFORMS INC.,<br><br>    Defendant. | Case No. 23-cv-04663-VC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE HIXSON FOR DISCOVERY** |

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred

[ ] for random assignment to a United States Magistrate Judge.

[x] to United States Magistrate Judge Thomas S. Hixson.

The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures and standing orders.

**IT IS SO ORDERED.**

Dated: November 20, 2023

_____
VINCE CHHABRIA
United States District Judge