UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHABON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>META PLATFORMS INC.,<br><br>    Defendant. | Case No. 23-cv-04663-VC   (TSH)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

This case has been referred to the undersigned magistrate judge for all discovery. For any pending matters at the time of referral, the Court will issue a separate order. For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Please direct any questions to Rose Maher, Courtroom Deputy, at Rose_Maher@cand.uscourts.gov or (415) 522-4708.

**IT IS SO ORDERED.**

Dated: November 20, 2023

THOMAS S. HIXSON
United States Magistrate Judge