UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHABON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS INC.,<br><br>　　　　Defendant. | Case No. 23-cv-04663-VC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Re: Dkt. No. 18 |

Meta's joint motion to dismiss is granted for the reasons given in *Kadrey v. Meta Platforms Inc.*, No. 3:23-cv-03417-VC, Dkt. No. 56.

**IT IS SO ORDERED.**

Dated: November 20, 2023

_____
VINCE CHHABRIA
United States District Judge